NATIONAL FRUIT FARM *v.* PIERCE.

BECK, P. J. Under the evidence in this case it does not appear that the court below abused its discretion in refusing an interlocutory injunction.
*Judgment affirmed. All the Justices concur.*

No. 6469. FEBRUARY 13, 1929.

*George B. Culpepper, Jr.,* for plaintiff.
*Duncan & Nunn,* for defendant.